# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0245. ASHLEY S. THURMAN v. THE STATE.**

Ashley S. Thurman filed this application for discretionary appeal seeking to challenge the superior court's order dismissing an appeal.[1] Although the application includes a copy of the order sought to be appealed, it did not contain a stamped "filed" copy of the order as required by Court of Appeals Rule 31 (c). Without the stamped copy, we were unable to ascertain whether the filing was timely. See OCGA § 5-6-34 (d) (applications must be filed within 30 days of entry of the order to be appealed).

On December 30, 2019, this Court ordered Thurman to supplement her application with a stamped "filed" copy of the order sought to be appealed within 10

---

[1] Thurman filed a prior discretionary application from a municipal court order convicting her of possessing marijuana. We dismissed that application based upon Thurman's failure to first seek appellate review in superior court. See Case No. A20D0067, dismissed Sept. 24, 2019.

days or the application would be dismissed. Because no stamped "filed" order was

filed within the time allowed, this application is hereby DISMISSED.[2]



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__01/23/2020_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[2] On January 15, 2020, Thurman belatedly submitted a stamped copy of the order showing the order was entered by the trial court on November 18, 2019. Based on that filing date, the application is untimely.